■ W. KINGSLAND MACY, Respondent, v. NEW YORK WORLD-TELEGRAM CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See *ante*, p. 652.]

■ In the Matter of RHEA ROSENSTOCK, Respondent, against CHARLES ABRAMS, as State Rent Administrator, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 713.]

■ In the Matter of the Arbitration between BENJAMIN BURKIN et al., Appellants, and JOSEPH KATZ, Respondent.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 286 App. Div. 740.]

■ In the Matter of the Probate of the Will of CHARLES F. DU BOIS, Deceased. ELIZABETH B. DOOLEY et al., Appellants; FLORENCE M. DU BOIS et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See *ante*, p. 667.]

■ ARTHUR GLUCK, Respondent, v. CAROL PICKEL et al., Appellants.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 286 App. Div. 1071.]

### (January 24, 1956)

■ GEORGE SOLOMON, Plaintiff, v. MARSEILLES HOTEL CORP., Defendant and Third-Party Plaintiff-Appellant. STATE ELEVATOR CO. INC., Third-Party Defendant-Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. The third-party complaint is legally sufficient. Only a trial of the issues can determine whether plaintiff is relying upon defendant's actual or constructive notice that the equipment was in defective condition. In a proper case a jury may find that an act of omission was passive negligence entitling a third-party plaintiff to recover over against the defendant whose conduct caused the dangerous condition (*McFall* v. *Compagnie Maritime Belge*, 304 N. Y. 314). Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ BENJAMIN HARROW, Respondent, v. CLARENCE J. SHEARN, Defendant. DOROTHEA A. SHEARN, as Executrix of CLARENCE J. SHEARN, Now Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ. [See *post*, p. 824.]

■ MARGERY TREFF, Respondent-Appellant, v. SAUL TREFF, Appellant-Respondent.— Order unanimously modified to the extent of reducing the amount provided for the care, education and maintenance of the parties' son to the sum of $35 per week and, as so modified, affirmed. The amount thus fixed is adequate for the needs of the child. Settle order on notice. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.